UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-20667-ALTMAN/Reid

MICHAEL I. GOLDBERG, ESQ.
AS RECEIVER FOR CHAMPLAIN
TOWERS SOUTH CONDOMINIUM
ASSOCIATION, INC.,

    *Plaintiff*,

v.

AMTRUST INTERNATIONAL
UNDERWRITERS LIMITED, *et al.*,

    *Defendants*.
_____/

### ORDER OF DISMISSAL

The parties filed a Joint Stipulation of Dismissal [ECF No. 39] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS AND ADJUDGES** that this matter is **DISMISSED** *without prejudice*.[1] Each party shall bear its own fees and costs, unless otherwise agreed to. The case shall remain **CLOSED**. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida this 11th day of August 2022.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] We dismiss the case without prejudice because the Joint Stipulation of Dismissal doesn't "state[ ] otherwise[.]" FED. R. CIV. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").